# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

BENJAMIN W. DART, III, AND
RUTH ANDERSON

NO.  2023 CW 0553

VERSUS

WASTE MANAGEMENT OF
LOUISIANA, LLC, KOIEY
FERGUSON, ACE AMERICAN
INSURANCE COMPANY

**NOVEMBER 1, 2023**

---

In Re:    Waste Management of Louisiana, LLC and ACE American
          Insurance Company, applying for supervisory writs,
          19th Judicial District Court, Parish of East Baton
          Rouge, No. 695414.

---

**BEFORE:    McCLENDON, HESTER, AND MILLER, JJ.**

  **WRIT  GRANTED.**  Pursuant  to  our  *de  novo*  review  of  the
supporting and opposing summary judgment documents, we conclude
that defendants presented sufficient evidence to establish that
there is no genuine issue of material fact that the accident was
caused solely by the fault of plaintiff in failing to maintain a
sharp lookout and in failing to follow at a distance from the
preceding  vehicle  that  was  sufficient  to  allow  him  to  stop
safely under normal circumstances. See **Hooper v. Lopez**, 2021-
1442 (La. App. 1st Cir. 6/22/22), 344 So. 3d 656, 662.  As a
following  motorist,  pursuant  to  La.  R.S.  32:81,  plaintiff  is
legally presumed to be at fault for the accident.  Plaintiff
failed to produce factual support sufficient to establish the
existence  of  a  genuine  issue  of  material  fact  to  rebut  the
presumption  of  negligence  against  him.   Moreover,  plaintiff
failed to produce factual support to demonstrate that any hazard
presented  by  the  garbage  truck  was  unavoidable  or  that  any
action or inaction on the part of the defendants was a cause-in-
fact of the rear-end collision.  Accordingly, we reverse the
April 13, 2023 judgment that denied defendants' motion for
summary judgment.  The motion for summary judgment is granted
and plaintiffs' claims against defendants, Waste Management of
Louisiana LLC and Ace American Insurance Company, are dismissed
with prejudice.

**PMc**
**CHH**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT



---
DEPUTY CLERK OF COURT
FOR THE COURT